JANET M. HEROLD
Regional Solicitor
DANIEL J. CHASEK
Associate Regional Solicitor
NANCY E. STEFFAN (CSBN 280958)
Trial Attorney
Office of the Solicitor
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-5366
Steffan.Nancy.E@dol.gov

Attorneys for Plaintiff Secretary of Labor

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas E. Perez,<br>   Secretary of Labor,<br>   United States Department of Labor,<br><br>              Plaintiff,<br>          v.<br><br>Family Support Resources, Inc., an Arizona corporation; Larry Douglas, an individual; Alta Douglas, an individual.<br><br>              Defendants. | Case No. _____<br><br>**COMPLAINT** |

Plaintiff, THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor ("Plaintiff" or the "Secretary"), brings this action to enjoin defendants FAMILY SUPPORT RESOURCES, INC., LARRY DOUGLAS, and ALTA DOUGLAS from violating the provisions of Sections 6, 7, and 15 of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §§ 201, et seq.) (hereinafter called "FLSA" or the "Act"), pursuant

1 to Section 17 of the Act; and to recover unpaid compensation owing to Defendants' employees, pursuant to Section 16(c) of the Act.

## I

Jurisdiction of this action is conferred upon the Court by Sections 16(c) and 17 of the Act and 28 U.S.C. § 1345.

## II

a. Defendant FAMILY SUPPORT RESOURCES, INC., a corporation ("Defendant Company"), is and at all times hereinafter mentioned was a corporation with an office and a place of business located at 6019 W. Sunnyside Dr., Glendale, AZ 85304, within the jurisdiction of this Court, and is, and at all times hereinafter mentioned, was engaged in providing residential housing for children who are in the State of Arizona foster care system.

b. Defendant LARRY DOUGLAS, an individual, resides within the jurisdiction of this Court, and at all times hereinafter mentioned acted directly or indirectly in the interest of Defendant Company in relation to its employees.

c. Defendant ALTA DOUGLAS, an individual and spouse of Defendant LARRY DOUGLAS, resides within the jurisdiction of this Court, and at all times hereinafter mentioned acted directly or indirectly in the interest of Defendant Company in relation to its employees.

## III

Defendant FAMILY SUPPORT RESOURCES, INC., is and at all times hereinafter mentioned was engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was an enterprise within the meaning of Section 3(r) of the Act.

## IV

Defendant FAMILY SUPPORT RESOURCES, INC., at all times hereinafter mentioned was an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Sections 3(s)(1)(A) the Act in that said enterprise at all times hereinafter mentioned had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has and has had an annual gross volume of sales made or business done of not less than $500,000.00.

V

Defendants FAMILY SUPPORT RESOURCES, INC., LARRY DOUGLAS, and ALTA DOUGLAS violated the provisions of Sections 6 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 206 and 215(a)(2), respectively, by employing employees engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, at wage rates less than the applicable federal minimum wage, which was $7.25 an hour during the investigative period of January 18, 2012 through and including January 17, 2014 ("Subject Period").

VI

Defendants FAMILY SUPPORT RESOURCES, INC., LARRY DOUGLAS, and ALTA DOUGLAS violated the provisions of Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), respectively, by employing employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, for workweeks longer than forty hours without compensating said employees for their employment in excess of

forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed.

### VII

Defendants FAMILY SUPPORT RESOURCES, INC., LARRY DOUGLAS, and ALTA DOUGLAS violated the provisions of Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5), by failing to maintain, keep, make available (to authorized agents of Plaintiff for inspection, transcription, and/or copying), and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by the regulations promulgated by Plaintiff pursuant to the authority granted in the FLSA, published at 29 C.F.R. § 516.1.

### VII

During the Subject Period, Defendants FAMILY SUPPORT RESOURCES, INC., LARRY DOUGLAS, and ALTA DOUGLAS violated the above-described provisions of the FLSA.

Judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by Section 17 of the FLSA, 29 U.S.C. § 217.

WHEREFORE, cause having been shown, the Secretary prays for a judgment against Defendants as follows:

a. For an Order pursuant to Section 17 of the Act, permanently enjoining and restraining Defendants FAMILY SUPPORT RESOURCES, INC., LARRY DOUGLAS, and ALTA DOUGLAS, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the aforementioned provisions of Section 15 of the Act; and

b. For an Order:

   i. pursuant to Section 16(c) of the Act finding Defendants liable for unpaid minimum wage and overtime compensation due Defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due Defendants' employees listed in the attached Exhibit A (additional back wages and liquidated damages may be owed to certain employees presently unknown to the Secretary for the period covered by this Complaint) and that such unpaid minimum wage and overtime compensation and liquidated damages be paid from: a) the assets of Defendant FAMILY SUPPORT RESOURCES, INC.; b) the separate property of Defendant LARRY DOUGLAS; and/or c) the separate property of Defendant and ALTA DOUGLAS; or in the event liquidated damages are not awarded;

   ii. pursuant to Section 17 of the Act enjoining and restraining Defendants, their officers, agents, servants, employees and those persons in active concert or participation with Defendants, from withholding payment of unpaid back wages found to be due Defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621 and that such withholding of payments be enjoined and restrained from: a) the assets of Defendant FAMILY SUPPORT RESOURCES, INC.; b) the separate property of Defendant LARRY DOUGLAS; and/or c) the separate property of Defendant and ALTA DOUGLAS;

 c. For an Order awarding the Secretary the costs of this action; and

 d. For an Order granting such other and further relief as the Court deems to be necessary or appropriate.

1  Dated:  September 24, 2015

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

/s/ Nancy E. Steffan
NANCY E. STEFFAN
Trial Attorney

UNITED STATES
DEPARTMENT OF LABOR
Attorneys for Plaintiff

**COMPLAINT FOR VIOLATIONS OF THE FLSA**          **Page 6 of 10**

| | |
|---|---|
| 1 | **EXHIBIT A TO COMPLAINT** |
| 2 | **Employee Names** |
| 3 | Thaddeus Allie |
| 4 | Reginals Armstead |
| 5 | Vanessa Armstrong |
| 6 | Rebecca Baer |
| 7 | Amy Barkhaus |
| 8 | Annie Beld |
| 9 | Elvena Benford |
| 10 | Cholanda Black |
| 11 | Amanda Breen |
| 12 | Brandi Brisker |
| 13 | Tyra Brooks |
| 14 | Theda Brothers |
| 15 | Jeannie Burlingame |
| 16 | Melissa Carter |
| 17 | Andrea Cashion |
| 18 | Gail Casson |
| 19 | Desiree Chiarini |
| 20 | Nicole Clay |
| 21 | Wynette Cleaver |
| 22 | Steven Cooper |
| 23 | Grace Cota |
| 24 | Robert Culver |
| 25 | La Tonya Davis |
| 26 | Margarita De St Aubin |
| 27 | Shalla Deatherage |
| 28 | Timothy Dupree |

COMPLAINT FOR VIOLATIONS OF THE FLSA                    Page 7 of 10

| | |
|---|---|
| 1 | Varetta Ensley |
| 2 | Angela Figueroa |
| 3 | Regina Fletcher |
| 4 | Tammy Gant |
| 5 | Amber Hampson |
| 6 | Ebony Harris |
| 7 | Andrea Hughes |
| 8 | Olivia Ibanez |
| 9 | Shahidah Jabaar |
| 10 | Samantha Jackson |
| 11 | Joan Jefferies |
| 12 | Ileen Jimenez |
| 13 | Auvea Jimison |
| 14 | Gail Johnson |
| 15 | Veronica Johnson |
| 16 | Leanna Jones |
| 17 | Sammie Jones |
| 18 | Brittany Lewis |
| 19 | Avis Lopez |
| 20 | Debra Lopez |
| 21 | Stevie Lopez-Wilkirson |
| 22 | Sarahi Luna |
| 23 | Cynthia Magallanes |
| 24 | Cherrelle Malloy |
| 25 | Jeff Maloney |
| 26 | Monica Manjarrez |
| 27 | Michelle Mann |
| 28 | Marquita Marshall |

1. Raeneisha McAfee
2. Kimberly McCray
3. Angela Means
4. Charidy Miles
5. Nicole Miller
6. Frank Moore
7. Norlanda Mosley
8. Askia Muhammad
9. Breeanna Muhlenkamp
10. Caitlin Nagle
11. Nyisha Neal
12. Art Owens
13. Phoenix Pacheco
14. Guyton Penns
15. Latrice Perryman
16. Melissa Potter
17. Mandy Quesada
18. Patricia Redd
19. Tammy Reed
20. Kenya Reid
21. Juanita Reiland
22. ShallaRobinson
23. Jymie Rose
24. Erin Royal
25. Melissa Rydwell
26. Kristopher Seydel
27. Alyssa Shaffer
28. Robert Stanford

| | |
|---|---|
| 1 | Annalisa Stevens |
| 2 | Oneki Thomas |
| 3 | Sharon Thompson |
| 4 | Sammie Trotter |
| 5 | Yvonne Voorhees |
| 6 | Georgia Walker |
| 7 | Wanda Watkins |
| 8 | Stephanie Watson |
| 9 | Samantha Webster |
| 10 | Christine Wessel |
| 11 | Margo Wilson |
| 12 | Fabian Wiltz |
| 13 | LaDarrell Wimbley |
| 14 | Amy Woods |
| 15 | Isabel Zamarripa |
| 16 | Mariela Zavala-Renteria |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**COMPLAINT FOR VIOLATIONS OF THE FLSA**                                    Page 10 of 10